UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
)   B/K Case No. 18-02746-dd
Leslie Toller )
)   Chapter 7
Debtor. )

## ORDER AUTHORIZING SALE OF REAL ESTATE

This proceeding comes before the Court on the application of Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtor (hereinafter referred to as the "Trustee") for authority to sell free and clear of all liens the Estate's interest in real property known as 11920 Field Towne Ln. Raleigh, NC 27614 to Mahmoud Ibrahiem, or his assigns, whose address is 2629 Vega Court, Raleigh, NC 27614 for $180,000.00 cash or certified funds.

The Court has been informed that all parties in interest have been notified of the intention to sell said property. No objections to the proposed sale have been received or filed by any party with the Court. The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. The Trustee also has informed the Court that the first mortgage lien claimed by STATE EMPLOYEEES CREDIT UNION and HOA fees owed to KINGSTON AT WAKEFIELD PLANTATION HOA and WAKEFIELD PLANTATION HOA should be paid upon the sale. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that on the terms and conditions set forth in the notice of sale, the Trustee is authorized to sell and to convey the estate's interest in the above-described property, and that the liens claimed by the above-named creditors shall be paid upon the sale of said property unless otherwise agreed to by the lien creditors. The Chapter 7 Trustee shall also be reimbursed for the $181.00 filing fee paid by him to the U.S. Bankruptcy Court for the District of South Carolina.

IT IS SO ORDERED.

**FILED BY THE COURT**
**12/06/2018**



/s/ David R. Duncan
David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 12/07/2018